FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 28, 2018
At  3  oclock and  50  min  p.m.

CIVIL 18-00120-JMS-RLP

[✔]   ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[]    ORDER SETTING STATUS CONFERENCE

for **Wednesday, May 23, 2018** at 9:00 a.m. before:

[]    Magistrate Judge Kevin S.C. Chang in Courtroom 7

[✔]   Magistrate Judge Richard L. Puglisi in Chambers

[]    Magistrate Judge Kenneth J. Mansfield in Courtroom 6

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Wednesday, March 28, 2018.

/s/ J. Michael Seabright
Chief, U.S. District Judge

**THIS SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.   PLEASE DO NOT REMOVE.**