IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID R. MYRLAND,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HELEN GILLMOR; REBECCA ANN PERMUTTER; DEREK KIM,<br><br>　　　　　Defendants. | Civ. No. 18-00120 JMS-RLP<br><br>ORDER OF RECUSAL |

## ORDER OF RECUSAL

This court hereby recuses itself on its own motion from any and all proceedings in the above-captioned matter in order to avoid the appearance of impropriety. This case is hereby referred to the Clerk's Office for reassignment.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 29, 2018.



　/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge