# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| DAVID R. MYRLAND | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIV NO. 18-00120 LEK-RLP |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| HELEN GILLMOR; REBECCA ANN PERLMUTTER; DEREK KIM | May 4, 2018 At 5 o'clock and 00 min p.m. SUE BEITIA, CLERK |
| Defendants. | |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    That Judgment is hereby entered terminating this case.
    Pursuant to the "Order Dismissing Action Pursuant To 28 U.S.C. § 1915(e)(2)(B)(ii)" ECF NO. [6] filed on May 4, 2018, Plaintiff's Verified Criminal Complaint, filed March 27, 2018, is HEREBY DISMISSED WITH PREJUDICE .

| May 4, 2018 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |